SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988))
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: cdacre@seyfarth.com
Attorneys for Defendant
DELOITTE & TOUCHE LLP

Edward J. Wynne (SBN 165819)
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Fax: (415) 461-3900
Email: ewynne@wynnelawfirm.com
Attorneys for Plaintiff Jason James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JAMES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DELOITTE & TOUCHE LLP, a limited liability partnership, <br><br> Defendant. | Case No. C11-02027 JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING ANSWER** <br><br> Dept: Courtroom 5, 17th Flr <br> Judge: Hon. James Ware <br><br> Complaint Filed: April 26, 2011 |

Defendant Deloitte & Touche LLP ("Defendant") has filed a motion to dismiss, stay, or, in the alternative, transfer venue, currently set for hearing on this Court's calendar on September 19, 2011. Defendant has filed two motions seeking to advance the hearing date on the motion to dismiss: an administrative motion to request hearing on motion to dismiss, stay or transfer, and a motion to shorten time for hearing on the motion. The responsive pleading to Plaintiff's complaint is due on May 18, 2011.

The parties hereby stipulate as follows, and seek a court order approving said stipulation:

The time for filing an answer to Plaintiff's complaint is extended until after the above-referenced administrative motions have been resolved. The answer is due two weeks after an order on the administrative motions is issued.

IT IS SO STIPULATED.

DATED: May 17, 2011                 SEYFARTH SHAW LLP

                                    By     \s\     CATHERINE M. DACRE
                                           Catherine M. Dacre
                                    Attorneys for Defendant DELOITTE & TOUCHE LLP.

DATED: May 17, 2011                 WYNNE LAW FIRM

                                    By     \s\     EDWARD J. WYNNE
                                           Edward J. Wynne
                                    Attorneys for Plaintiff JASON JAMES

GOOD CAUSE APPEARING THEREFOR,

the stipulation of the parties to extend the time to answer Plaintiff's complaint is hereby approved. The answer is due two weeks after an order is issued on the pending administrative motions filed by Defendant.

IT IS SO ORDERED.

DATED: May 18, 2011                 _____
                                    HONO...

*IT IS SO ORDERED*
*Judge James Ware*

13400391v.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING ANSWER / CASE NO. 11 CV 02027JW

2